JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SIMPSON, an individual;<br><br>          Plaintiff,<br>   vs.<br><br>RESEARCH TRIANGLE INSTITUTE., a North Carolina Corporation; and DOES 1 through 25, inclusive;<br><br>          Defendants. | Case No.: 2:23-cv-5427 SVW (MARx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**<br><br>Trial Date:     January 16, 2024 |

1

**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FED.R. CIV.P. RULE 41**

## ORDER

Pursuant to the joint stipulation of Plaintiff Elaine Simpson and Defendant Research Triangle Institute ("the Parties"), under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: _____December 20_____, 2023  _____[signature]_____

Honorable Stephen V. Wilson